In the Matter of John W. FARNSWORTH, Respondent.

(461 S.E. (2d) 809)

Supreme Court

## ORDER

Respondent is an attorney licensed to practice law in South Carolina. He consents to being transferred to disability inactive status pursuant to Paragraph 19 of Rule 418, SCACR.

Apr. 7, 1995.

It is ordered that respondent is transferred to disability inactive status until further order of this Court.

/s/ Ernest A. Finney, Jr., C.J.
/s/ Jean H. Toal, JJ.
/s/ James E. Moore, J.
/s/ John H. Waller, Jr., J.